IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cr-00004 |
| | ) | |
| ADAM WELLS | ) | Judge Frensley |

**UNITED STATES' MOTION FOR PRETRIAL DETENTION
AND MEMORANDUM IN SUPPORT**

The United States of America respectfully files this memorandum in support of detention and motion for a detention hearing. The United States anticipates advising the Court at the Defendant Adam Wells' initial appearance, that it intends to request that he be held in custody, pursuant to Title 18, United States Code, Section 3142(g).

In July 2022, a federal Grand Jury returned a three-count indictment that charged the defendant with: (1) possessing marijuana and methamphetamine with the intent to distribute; (2) possessing a firearm in furtherance of drug trafficking crime; and (3) unlawfully possessing a firearm as a convicted felon. (Case No. 3:22-cr-00237, DE# 1). In October 2022, officers arrested the defendant on the Indictment and brought him before United States Magistrate Judge Barbara D. Holmes. (*Id.,* at DE# 8). The defendant was ultimately released on pretrial supervision conditions which required him to refrain from possessing a firearm and unlawful controlled substances. (*Id.,* at DE# 18).

In April 2024, the defendant pled guilty to two counts of the Indictment that alleged that he possessed marijuana and methamphetamine with the intent to distribute and possessed a firearm as a previously convicted felon, pursuant to a plea agreement. (*Id.,* at DE# 39). As a part of this agreement., the United States agreed to dismiss the 924(c) offense which charged him with possessing a firearm in furtherance of drug trafficking crime. (*Id.*). The Court scheduled a

1

sentencing hearing for March 28, 2025. (*Id.,* at DE# 55).

On June 20, 2024, while on federal pretrial release, Metropolitan-Nashville Police Department ("MNPD") detectives observed a car speeding down a busy street. They activated their lights, stopped the car for speeding, and discovered that the defendant was driving the car. While speaking with the defendant, they learned he had an active arrest warrant. When they tried to arrest him, he fled in his car at a high rate of speed before fleeing on foot. As he evaded arrest, MNPD officers in a helicopter followed him and watched him throw a firearm into a wooded area. Officers recovered this firearm as well as controlled substances that the defendant possessed. The defendant was prohibited from possessing the firearm because he is a convicted felon, and his conditions of pretrial release precluded this possession of this firearm and the controlled substances.

On January 8, 2025, a federal Grand Jury returned a one-count indictment charging the defendant with unlawfully possessing a firearm after previously being convicted of a felon offense. (Case No. 3:25-cr-00004, DE# 1). The Court issued a warrant for the defendant's arrest, and he was recently apprehended on this warrant.

Based on the defendant's non-compliance with previous conditions of his federal pretrial supervision, his continued possession of firearms and controlled substances, and other reasons which may be set forth at a hearing on this motion, the government respectfully submits that, pursuant to Title 18, United States Code, Section 3142(g), there exists no condition or combination of conditions which would assure the safety of any person or the community, or which would ensure the defendant's appearance at his court hearings.

Accordingly, the government requests the Court order the defendant detained pending his sentencing hearing and a three-day continuance to prepare for a detention hearing in this matter.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

By: ***/s/ Ahmed A. Safeeullah***
Ahmed A. Safeeullah
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2025, I electronically served one copy of the United States' Motion For Detention with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for the Defendant.

*s/Ahmed A. Safeeullah*
Ahmed A. Safeeullah
Assistant U.S. Attorney
110th Avenue South, A96l
Nashville, Tennessee 37203
Phone: (615) 736-5151